PS8
(8/88)

# United States District Court
## for the
### Eastern District of Michigan

F I L E D
JUN 13 2018
CLERK'S OFFICE
DETROIT

U.S.A. vs. Brandon Griesemer            Docket No. 18-30040-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW Brandi L. Baltes, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant <u>Brandon Griesemer</u>, who was placed under pretrial release supervision by <u>Your Honor</u> sitting in the court at <u>Detroit, Michigan</u>, on <u>January 19, 2018</u>, under the following conditions:

1. Released on a $10,000 Unsecured bond
2. Report as directed to Pretrial Services
3. Travel restricted to the Eastern District of Michigan
4. Get medical or psychiatric treatment; submit to mental health evaluation
5. No contact with any alleged victim or witness
6. Do not possess a firearm, destructive device or other dangerous weapon(s)
7. Do not use or unlawfully possess a narcotic or other controlled substance, unless prescribed by a licensed medical practitioner
8. Submit to any testing required by the Pretrial Services Office or supervising officer to determine whether the defendant is using a prohibited substance
9. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the Pretrial Services Office or supervising officer
10. Seek and/or maintain employment

**Respectfully presenting petition for action of court and for cause as follows:**

On January 19, 2018, the defendant was granted release with the above noted conditions imposed by the Court. Drug test samples collected in April, May, and June of 2018, have all returned positive for the presence of marijuana. The defendant last tested negative for the use of marijuana in February 2018; the defendant was unsuccessful in providing a sample in March 2018. The defendant admits to daily/weekly use of marijuana despite being informed of the results of each collection, as well as, potential consequences for the use of an illegal substance while on bond. Pretrial Services, as well as, his contracted therapist for mental health services, have been unsuccessful to date in deterring the defendant from actively and knowingly violating his bond restriction of abstaining from any illegal controlled substance use. The defendant purports to believe this non-compliant behavior should not rise to the level of any adverse action or court sanction, and that he has no intention of discontinuing his use of marijuana.

The defendant was made aware during his office visit on July 11, 2018, that another positive submission would result in the request for a Bond Review Hearing before Your Honor.

A Preliminary Examination is scheduled for August 2, 2018.

In view of Mr. Griesemer's drug test results, as well as, lack of compliance with the Court's order to abstain from the use of any illegal substance(s), Pretrial Services respectfully requests that a Bond Review Hearing be scheduled forthwith.

Contact has been initiated with Assistant United States Attorney, John Meixner, as well as, Defense Counsel, Penny Beardslee, in order to advise that Pretrial Services would be requesting a Bond Review Hearing in view of the aforementioned.

**PRAYING THAT THE COURT WILL ORDER a Bond Review Hearing to be held on _July 31, 2018_, at _10:30_ a.m. / p.m. so that Mr. Griesemer can answer as to why his bond should not be canceled in this matter.**

ORDER OF COURT

Considered and ordered this ___ day of _____, 20__ and ordered filed and made a part of the records in the above case.

_____
United States Magistrate Judge Anthony P. Patti

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2018

Respectfully,

_s/Brandi Baltes_

Brandi Baltes, U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: July 13, 2018