UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRANDON GRIESEMER,

    Defendant.

_____/

**Violations**:
18 U.S.C. § 875(c)

Case:2:19-cr-20221
Judge: Cohn, Avern
MJ: Patti, Anthony P.
Filed: 04-12-2019 At 03:49 PM
INFO USA V. GRIESEMER (DA)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### 18 U.S.C. § 875(c)
### INTERSTATE COMMUNICATIONS CONTAINING THREATS

On or about January 9–10, 2018, in the Eastern District of Michigan, the defendant, Brandon Griesemer, knowingly and willfully did transmit in interstate and foreign commerce from the City of Novi, State of Michigan, to the State of Georgia, a telephone call to employees of Cable News Network, and the communication contained a threat to kidnap and injure employees of Cable News Network.

## FORFEITURE ALLEGATIONS
### (18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461)

Upon conviction of Interstate Communications Containing Threats, in violation of Title 18, United States Code, Section 875, as alleged in Count 1 of this Information, defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461(c), his right, title and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

Forfeiture Money Judgment: Interstate Communications Containing Threats, in violation of Title 18, United States Code, Section 875, as alleged in Count 1 of this Information, defendant shall be ordered to pay a sum of money equal to the amount of proceeds obtained as a result of their offense(s).

Substitute Assets: Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), Defendants shall forfeit substitute property, up to the value of the property subject to forfeiture as set forth above, if, by any act or omission of the defendant, property subject to forfeiture cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with

2

a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

MATTHEW SCHNEIDER
United States Attorney

/s/ Matthew Roth
Matthew Roth
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9186
mroth@usa.doj.gov

/s/ John B. Meixner Jr.
John B. Meixner Jr.
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
(313) 226-9626
john.meixner@usdoj.gov

Dated: April 12, 2019

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cove** | Case:2:19-cr-20221<br>Judge: Cohn, Avern<br>MJ: Patti, Anthony P.<br>Filed: 04-12-2019 At 03:49 PM<br>INFO USA V. GRIESEMER (DA) |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

## Reassignment/Recusal Information
This matter was opened in the USAO prior to August 15, 2008  [ ]

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials: JBM |

Case Title: USA v. Brandon Griesemer

County where offense occurred: Oakland

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
____Indictment/ ✓ Information --- based upon prior complaint [Case number: ] 18-mj-30040
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

April 12, 2019
Date

John B. Meixner, Jr.
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9626
Fax: 313-226-2327
E-Mail address: john.meixner@usdoj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

10/13/09