UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 19-cr-20221

    Hon. Avern Cohn

BRANDON GRIESEMER,

    Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, Brandon Griesemer, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

### Count One

Interstate communications containing threats, in violation of 18 U.S.C. § 875(c)
Punishable by up to 5 years' incarceration, up to a $250,000 fine, or both.
Term of supervised release of up to 3 years.

_Brandon Griesemer_
Brandon Griesemer
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: April 16, 2019

_Penny Beardslee_
Penny Beardslee
Counsel for Defendant