UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                          Case No. 2:19−cr−20221−AC−APP
                                            Hon. Avern Cohn
Brandon Griesemer,

           Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Brandon Griesemer

The defendant(s) shall appear before District Judge Avern Cohn at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 218, Detroit, Michigan, for the following proceeding(s):

- PRETRIAL CONFERENCE:  May 23, 2019 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                            By: s/M. Verlinde
                                                Case Manager

Dated:  May 10, 2019