PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## For the
## Eastern District of Michigan

U.S.A. vs. Griesemer, Brandon                     Docket No. 19-20221-01

### Petition for Action on Conditions of Pretrial Release

**COMES NOW** Derek Brand Pretrial Services Officer, presenting an official report upon the conduct of defendant Brandon Griesemer, who was placed under pretrial release supervision by United States Magistrate Judge Anthony P. Patti, sitting in the Court at Detroit, on January 19, 2018, under the following conditions:

1. $10,000 Unsecured Bond
2. Report as directed to Pretrial Services
3. Actively seek and maintain employment
4. Surrender any passport to Pretrial Services
5. Do not obtain a passport or other international travel documents
6. Restrict travel to the Eastern District of Michigan
7. Avoid all victims or witnesses
8. Undergo a mental health assessment with mental health treatment as directed by Pretrial Services
9. Possess no weapons
10. Possess no controlled substances unless prescribed by a licensed physician
11. Submit to drug testing and/or drug treatment as directed by Pretrial Services

**Respectfully presenting petition for action of Court and for cause as follows:**

On July 31, 2018, the defendant appeared before United States Magistrate Judge Anthony P. Patti for a Bond Violation Hearing due to continued positive marijuana drug tests while on bond. His bond and conditions were continued with the amended condition of third-party custodian to his mother.

On November 20, 2018, the defendant appeared before United States Magistrate Judge Anthony P. Patti for a Bond Violation due to him getting arrested on a Misdemeanor Domestic Violence charge by the Novi Police Department on November 18, 2018. The defendant's bond was revoked, and he was ordered detained. Mr. Griesemer was sentenced to one year of probation for Misdemeanor Domestic Violence on January 30, 2019 at the 52-1 District Court in Novi, Michigan. His probation was violated due to him testing positive for marijuana (same use as federal allegations), and his term of probation was extended six months along with the added condition of alcohol testing.

On December 19, 2018, the defendant appeared before United States Magistrate Judge Anthony P. Patti for a Bond Review Hearing. His bond was reinstated with the original special conditions of the bond, as well as the following modified conditions: report directly to inpatient residential treatment upon release from custody and remain at facility until a recommendation for discharge is made by staff. A Bond Status Hearing is to be held with the Court upon termination of treatment. Mr. Griesemer was transported to Harbor Oaks on December 20, 2018 and was discharged from that facility on January 2, 2019.

On January 2, 2019, the defendant appeared before United States Magistrate Judge Anthony P. Patti for a Bond Review Hearing. His bond and conditions were re-instated with the amended conditions that the defendant cannot leave unaccompanied unless for verifiable employment purposes only, and he is to have no visitors outside of immediate family to the bond address. The defendant's father was also added as a third-party custodian.

On April 5, 2019, the defendant appeared before United States Magistrate Judge Anthony P. Patti for a Bond Violation Hearing due to the defendant testing positive for marijuana. His bond and conditions were continued with the amended conditions of zero tolerance, abide by his district court probation conditions, and undergo home detention without location monitoring.

On April 16, 2019, the defendant appeared before United States Magistrate Judge David R. Grand for an arraignment on an Information. His bond and conditions were continued.

On May 23, 2019, the defendant appeared before Your Honor for a Plea/Bond Review Hearing. The defendant pleaded guilty before Your Honor and his bond and conditions were continued with the amended condition of weekly in person reporting. The defendant's conditions that he cannot leave unaccompanied unless for verifiable employment purposes, and home detention without location monitoring were ordered removed by Your Honor.

**Per the Court's Order, the defendant's bond is to be amended to include weekly in person reporting, and his conditions ordering that he cannot leave unaccompanied unless for verifiable employment purposes, and home detention without location monitoring are removed.**

**SO ORDERED**

ORDER OF COURT

Considered and ordered this __6th__ day of __June__, 20__19__ and ordered filed and made a part of the records in the above case.

_____
United States District Judge Avern Cohn

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 31, 2019

Respectfully,

_s/Derek Brand_____
United States Pretrial Services Officer

Place: Detroit, Michigan