UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff                                CR. NO. 19-20221

vs.                                       HONORABLE DAVID M. LAWSON

BRANDON GRIESEMER,

    Defendant.
_____/

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Enter my appearance as Counsel in the case for Defendant.

    I certify that I am admitted to practice in the Court.

                                                              Respectfully Submitted,

                                                              **FEDERAL COMMUNITY DEFENDER**
                                                              Attorneys for Defendant

                                                              /s/ Penny R. Beardslee
                                                             613 Abbott Street, Suite 500
                                                             Detroit, Michigan 48226
                                                             313/967-5848
                                                             E-mail:penny-beardslee@fd.org
                                                             P44363

Date: January 13, 2020